UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION DIVISION

CASE NO. 0:19 cv 60759

DEXTER DORE AND INGRID DORE,

   Plaintiff,

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

   Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GEOVERA"), hereby files its Notice of Removal of that certain cause of action now pending in the Circuit Court of the Seventeenth Judicial Circuit in and for BROWARD County, Florida, styled *DEXTER DORE AND INGRID DORE*, Case No. CACE-19-002612, stating as follows:

1. GEOVERA is incorporated under the laws of Delaware with its principal place of business located in California. Therefore, GEOVERA is a Citizen of Delaware and California.

2. GEOVERA is a surplus lines insurer in the State of Florida. GEOVERA is a Defendant in the above-styled cause.

3. This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for BROWARD County, Florida, and service of process was effected on GEOVERA on February 22, 2019.

4. This is a civil action brought by Plaintiffs, DEXTER DORE AND INGRID DORE ("Plaintiffs") seeking to recover damages in excess of $15,000, plus interest, costs, and attorney's fees under a contract for insurance issued by GEOVERA to Plaintiffs.

5. GEOVERA issued a homeowners insurance policy bearing policy no. GC40017371 to Plaintiffs for real property located at 35 SW 111th Lane, Coral Springs, FL 33071 for policy period July 28, 2017 to July 28, 2018.

6. According to the Complaint, Plaintiffs seek payment of losses incurred to real property for a loss sustained on September 10, 2017, which Plaintiffs allege is owed under the subject insurance policy, plus attorney's fees, costs and interest

7. GEOVERA found coverage for some of the damage to the property, but no payment was issued due to the total amount of the loss falling below the deductible.

8. On July 18, 2018, prior to suit being served on GEOVERA, Plaintiffs presented GEOVERA with a repair estimate from Claims Aid Consultants, Inc., and sworn proof of loss for damages in the amount of $78,671.31 after they applied the deductible in the amount of $14,250.00. *See Plaintiffs' estimate and sworn proof of loss attached hereto as Exhibit "A"*. The actual amount of the deductible is $13,920.00, which would make the total amount damages Plaintiffs are seeking $79,001.31.

9. Based on the allegations contained in the Complaint, specifically paragraph 19 which states that GEOVERA failed properly indemnify Plaintiffs for their losses, it appears that Plaintiffs are alleging that $79,001.31 is owed to them. GEOVERA denies this allegation and disputes that any additional amount is owed to Plaintiffs.

10. At the time when the suit was instituted and at all times material to this action, Plaintiffs, owned real located at located at 35 SW 111th Lane, Coral Springs, FL 33071. Plaintiffs have also claimed a homestead exemption on that property as shown on the Broward property appraiser's website at this link http://www.bcpa.net/RecInfo.asp?URL_Folio=484132014670. *See Plaintiffs' homestead exemption listed on the Broward Property Appraiser's website attached hereto as Exhibit "B."* Therefore, Plaintiffs are citizens of Florida.

11. At the time when this action was commenced and at the present time and at all times material to this action, GEOVERA was and is a corporation organized and existing under the laws of the State of Delaware and having its principal place of business in California. Therefore, Geovera is a Citizen of Delaware and California. Since Geovera is a Citizen of Delaware and Caifornia, and Plaintiffs are Citizens of Florida, then complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

12. The matter in controversy herein exceeds the sum of $75,000.00, exclusive of interest, attorney's fees and costs.  This fact is demonstrated by the extent of damage claimed by the Plaintiffs' Complaint, and their estimate for $79,001.31.

13. Copies of all process, pleadings and orders served upon GEOVERA, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of discovery served with the Complaint.

WHEREFORE, Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, prays that this Honorable Court exercise jurisdiction over this matter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this **March 22, 2019,** a true and correct copy of the foregoing was sent by e-mail to: Andrew Vargas, Esquire of Vargas Gonzalez Hevia Baldwin, LLP., at asanjuan@vargasgonzalez.com; service2@vargasgonzalez.com; service6@vargasgonzalez.com; and andrew@vargasgonzalez.com.

        Wilson Elser Moskowitz Edelman & Dicker LLP

        By: *Nyasha S. Seale*
        NYASHA S SEALE, ESQUIRE
        Florida Bar No. 098771
        nyasha.seale@wilsonelser.com
        alyssa.heitman@wilsonelser.com
        111 North Orange Avenue, Suite 1200
        Orlando, Florida 32801
        Telephone: (407) 203 -7570
        Facsimile: (407) 648 - 1376
        Attorneys for Defendant, GEOVERA SPECIALTY INSURANCE COMPANY