

**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | | |
| Completed | | | | | |

### FLOORPLAN: Floorplan

#### General Items

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 1 | Dumpster 40 Yard | 1 | | $759.48 | EA | $759.48 |
| 2 | Minimum Charge, Permits and Fees | 1 | | $180.45 | LS | $180.45 |
| 3 | Permits & Fees | 1 | | $1,125.00 | LS | $1,125.00 |
| | Permit, Permit runner, Taxes Insurance and fees | | | | | |
| 4 | Minimum Charge, Drywall 2 Trips | 2 | | $397.64 | LS | $795.28 |
| 5 | Sheathing, Material Only 3/4" Plywood | 252.00 | | $1.02 | SF | $257.04 |
| | to be used on the underside of dumpster/driveway to protect driveway from chipping or getting damaged | | | | | |
| | Includes 5% waste on quantity. | | | | | |
| 6 | Cabinet, Wall, Cleaning - Clean | 20.00 | | $0.57 | LF | $11.40 |
| 7 | Minimum Charge, Scaffolding | 1 | | $244.68 | LS | $244.68 |
| 8 | Scaffolding, Frame, Per Month | 1 | | $36.50 | MO | $36.50 |
| 9 | Minimum Charge, Carpet Cleaning | 1 | | $113.15 | LS | $113.15 |
| 10 | Minimum Charge, Duct Cleaning | 6 | | $95.34 | LS | $572.04 |
| | Required mandatory cleaning of HVAC system Post/final construction | | | | | |
| 11 | HVAC Technician, | 5 | | $90.13 | HR | $450.65 |
| | General Cleaning of A/C Handler/ condenser includes materials & chemicals | | | | | |
| 12 | Grill, Air Return 12" X 8" - Clean | 11 | | $3.96 | EA | $43.56 |
| 13 | Minimum Charge, Soffit & Fascia | 1 | | $250.18 | LS | $250.18 |
| 14 | Laborer's Rate | 6 | | $32.14 | HR | $192.84 |
| | Labor used to tape cloth floor protection 1400SF@ per foot | | | | | |
| **General Items - Subtotal** | | | | | | **$5,032.25** |

#### Dining Room

| **Length:** 14' | **Width:** 16'5" | **Height:** 10' Flat | |
|---|---|---|---|
| **Walls:** 468.34 SF | **Walls-subs:** 345.84 SF | **Walls-subs-cas-bsbd:** 330.06 SF | |
| **Doors:** 73.89 SF | **Windows:** 0.00 SF | **Openings:** 48.67 SF | **Missing Walls:** 140.00 SF |
| **Floor:** 229.83 SF | **Ceiling:** 229.83 SF | **Perim (F):** 29.09 LF | **Perim (C):** 46.84 LF |

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 15 | Contents Medium - Rem/Reset | 1 | | $56.49 | RM | $56.49 |
| 16 | Ceiling Fixture Excellent - Rem/Reset | 1 | | $46.15 | EA | $46.15 |
| 17 | Louvers, Aluminum 12"X12" - Rem/Reset | 1 | | $12.09 | EA | $12.09 |
| 18 | Curtain Rod - Rem/Reset | 1 | | $21.22 | EA | $21.22 |
| 19 | Draperies, Per Pleat - Rem/Reset | 4 | | $30.00 | EA | $120.00 |
| 20 | Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 241.32 | F | $0.81 | SF | $195.47 |
| | Includes 5% waste on quantity. | | | | | |
| 21 | Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 22 | Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 23 | Drywall Patch 1 to 4 SF | 1 | | $87.59 | EA | $87.59 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

**ESTIMATE:** Structure (Claims Aid Consultants, Inc)   Claim #FG17506452, Dexter Dore and Ingrid Dore
Completed

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **Dining Room(con't)** | | | | | |
| 24  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 4.00 | | $0.33 | SF | $1.32 |
| 25  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 4.00 | | $1.13 | SF | $4.52 |
| 26  Insulator's Work | 1 | | $48.03 | HR | $48.03 |
| 27  Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 28  Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
| Includes 10% waste on material quantity. | | | | | |
| Includes 10% waste on quantity. | | | | | |
| 29  Light Sand & Refinish Ceiling 2 Coats | 229.83 | C | $2.58 | SF | $592.96 |
| 30  Texture, Ceiling Knockdown - Remove | 229.83 | C | $0.69 | SF | $158.58 |
| 31  Texture, Ceiling Knockdown - Replace | 229.83 | C | $0.51 | SF | $117.22 |
| 32  Prep & Mask For Painting (LF) | 46.84 | C | $0.99 | LF | $46.37 |
| 33  Ceilings (Low VOC) 2 Coats, Roller - Paint | 229.83 | C | $0.89 | SF | $204.55 |
| 34  Mask & Paint Walls 2 Coats, Roller - Paint | 330.06 | W | $0.80 | SF | $264.05 |
| 35  Install/Dismantle Scaffolding | 1 | | $144.90 | EA | $144.90 |
| 36  Outlet/Switch Cover Painted - Rem/Reset | 4 | | $2.91 | EA | $11.64 |
| 37  Base Molding, MDF 3-1/2" - Paint | 29.09 | W | $1.00 | LF | $29.09 |
| **Dining Room - Subtotal** | | | | | **$2,311.26** |

**Hallway**

**Length:** 23'11"   **Width:** 12'6"   **Height:** 10' Flat
**Walls:** 695.84 SF   **Walls-subs:** 593.61 SF   **Walls-subs-cas-bsbd:** 551.38 SF
**Doors:** 102.24 SF   **Windows:** 0.00 SF   **Openings:** 0.00 SF   **Missing Walls:** 32.50 SF
**Floor:** 217.51 SF   **Ceiling:** 217.51 SF   **Perim (F):** 50.98 LF   **Perim (C):** 69.59 LF

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 38  Door, Closet, Bi-Fold, Louver 3' - Rem/Reset | 2 | | $42.68 | EA | $85.36 |
| 39  Ceiling Fixture Very Good - Rem/Reset | 2 | | $46.15 | EA | $92.30 |
| 40  Smoke Detector Battery Powered - Rem/Reset | 2 | | $18.45 | EA | $36.90 |
| 41  Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 228.39 | F | $0.81 | SF | $184.99 |
| Includes 5% waste on quantity. | | | | | |
| 42  Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 43  Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 44  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 4.00 | | $0.33 | SF | $1.32 |
| 45  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 4.00 | | $1.13 | SF | $4.52 |
| 46  Insulator's Work | 2 | | $48.03 | HR | $96.06 |
| 47  Drywall Patch 1 to 4 SF | 2 | | $87.59 | EA | $175.18 |
| 48  Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 49  Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
| Includes 10% waste on quantity. | | | | | |
| 50  Light Sand & Refinish Ceiling 2 Coats | 217.51 | C | $2.58 | SF | $561.18 |
| 51  Texture, Ceiling Knockdown - Remove | 217.51 | C | $0.69 | SF | $150.09 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) — Completed | | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | |
| **Hallway(con't)** | | | | | |
| 52  Texture, Ceiling Knockdown - Replace | 217.51 | C | $0.51 | SF | $110.94 |
| 53  Ceilings (Low VOC) 2 Coats, Roller - Paint | 217.51 | C | $0.89 | SF | $193.58 |
| 54  Prep & Mask For Painting (LF) | 69.59 | C | $0.99 | LF | $68.89 |
| 55  Mask & Paint Walls 2 Coats, Roller - Paint | 551.38 | W | $0.80 | SF | $441.10 |
| 56  Outlet/Switch Cover Painted - Rem/Reset | 5 | | $2.91 | EA | $14.55 |
| 57  Base Molding, MDF 3-1/2" - Paint | 50.98 | W | $1.00 | LF | $50.98 |
| 58  Door Opening, Jambs & Casing - Paint | 8 | Dr | $57.28 | EA | $458.24 |
| 59  Door Only, Interior Lauan, Flush - Paint | 6 | | $20.76 | EA | $124.56 |
| 60  Door Only, Interior,  - Rem/Reset | 6 | | $10.53 | EA | $63.18 |
| **Hallway - Subtotal** | | | | | **$3,062.94** |

**Laundry Room**

**Length:** 6'   **Width:** 6'1"   **Height:** 10' Flat
**Walls:** 241.66 SF   **Walls-subs:** 225.00 SF   **Walls-subs-cas-bsbd:** 214.06 SF
**Doors:** 16.67 SF   **Windows:** 0.00 SF   **Openings:** 0.00 SF   **Missing Walls:** 0.00 SF
**Floor:** 36.50 SF   **Ceiling:** 36.50 SF   **Perim (F):** 21.08 LF   **Perim (C):** 24.16 LF

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 61  Contents Small - Rem/Reset | 1 | | $37.97 | RM | $37.97 |
| 62  Dryer, Electric Economy - Rem/Reset | 1 | | $31.35 | EA | $31.35 |
| 63  Washer, Electric Economy - Rem/Reset | 1 | | $37.51 | EA | $37.51 |
| 64  Box Medium | 2 | | $4.49 | EA | $8.98 |
| 65  Contents, Move & Protect | 1 | | $41.37 | HR | $41.37 |
| 66  Ceiling Fixture Economy - Rem/Reset | 1 | | $46.15 | EA | $46.15 |
| 67  Louvers, Aluminum 12"X12" - Rem/Reset | 1 | | $12.09 | EA | $12.09 |
| 68  Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 38.33 | F | $0.81 | SF | $31.05 |
|       Includes 5% waste on quantity. | | | | | |
| 69  Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 70  Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 71  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 4.00 | | $0.33 | SF | $1.32 |
| 72  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 4.00 | | $1.13 | SF | $4.52 |
| 73  Insulator's Work | 1 | | $48.03 | HR | $48.03 |
| 74  Drywall Patch 1 to 4 SF | 1 | | $87.59 | EA | $87.59 |
| 75  Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 76  Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
|       Includes 10% waste on quantity. | | | | | |
| 77  Light Sand & Refinish Ceiling 2 Coats | 36.50 | C | $2.58 | SF | $94.18 |
| 78  Texture, Ceiling Knockdown - Remove | 36.50 | C | $0.69 | SF | $25.19 |
| 79  Texture, Ceiling Knockdown - Replace | 36.50 | C | $0.51 | SF | $18.63 |
| 80  Prep & Mask For Painting (LF) | 24.16 | C | $0.99 | LF | $23.92 |
|       mask and prep Laundry room before painting ceiling | | | | | |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) — Completed | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | | |

### 🧺 Laundry Room (con't)

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 81 | Ceilings (Low VOC) 2 Coats, Roller - Paint | 36.50 | C | $0.89 | SF | $32.49 |
| 82 | Mask & Paint Walls 2 Coats, Roller - Paint | 214.06 | W | $0.80 | SF | $171.25 |
| 83 | Outlet/Switch Cover Painted - Rem/Reset | 1 | | $2.91 | EA | $2.91 |
| 84 | Hinge Set, Interior Door - Rem/Reset | 1 | Dr | $24.70 | EA | $24.70 |
| 85 | Door Knob, Full Dummy - Rem/Reset | 1 | Dr | $13.63 | EA | $13.63 |
| | **Laundry Room - Subtotal** | | | | | **$943.85** |

### 🍳 Kitchen

**Length:** 11'8"  **Width:** 16'5"  **Height:** 10' Flat
**Walls:** 561.68 SF  **Walls-subs:** 450.40 SF  **Walls-subs-cas-bsbd:** 432.47 SF
**Doors:** 0.00 SF  **Windows:** 16.00 SF  **Openings:** 95.34 SF  **Missing Walls:** 0.00 SF
**Floor:** 191.53 SF  **Ceiling:** 191.53 SF  **Perim (F):** 44.27 LF  **Perim (C):** 56.18 LF

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 86 | Fixture, Recessed 6", Excellent - Rem/Reset | 8 | | $57.24 | EA | $457.92 |
| 87 | Ceiling Fixture Excellent - Rem/Reset | 1 | | $46.15 | EA | $46.15 |
| 88 | Louvers, Aluminum 12"X12" - Rem/Reset | 1 | | $12.09 | EA | $12.09 |
| 89 | Curtain Rod - Rem/Reset | 1 | | $21.22 | EA | $21.22 |
| 90 | Box Medium | 10 | | $4.49 | EA | $44.90 |
| 91 | Contents, Move & Protect | 3 | | $41.37 | HR | $124.11 |
| 92 | Refrigerator w/Bottom Freezer Excellent - Rem/Reset | 1 | | $27.73 | EA | $27.73 |
| 93 | Cabinet, Wall (LF) 42"H, Excellent - Rem/Reset | 20.00 | | $38.36 | LF | $767.20 |
| 94 | Cabinet, Tall Excellent - Rem/Reset | 3.00 | | $54.72 | LF | $164.16 |
| 95 | Cabinet (EA) Exterior - Clean | 45 | | $1.86 | EA | $83.70 |
| 96 | Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 201.11 | F | $0.81 | SF | $162.90 |
| | 📎 Includes 5% waste on quantity. | | | | | |
| 97 | Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 98 | Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 99 | Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 8.00 | | $0.33 | SF | $2.64 |
| 100 | Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 8.00 | | $1.13 | SF | $9.04 |
| 101 | Insulator's Work | 1 | | $48.03 | HR | $48.03 |
| 102 | Drywall Patch 1 to 4 SF | 1 | | $87.59 | EA | $87.59 |
| 103 | Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 104 | Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
| | 📎 Includes 10% waste on quantity. | | | | | |
| 105 | Light Sand & Refinish Ceiling 2 Coats | 191.53 | C | $2.58 | SF | $494.15 |
| 106 | Texture, Ceiling Knockdown - Remove | 191.53 | C | $0.69 | SF | $132.16 |
| 107 | Texture, Ceiling Knockdown - Replace | 191.53 | C | $0.51 | SF | $97.69 |
| 108 | Prep & Mask For Painting (LF) | 56.18 | C | $0.99 | LF | $55.62 |
| | 📎 Prep & Masak Lower Cabinets before painting ceiling | | | | | |
| 109 | Ceilings (Low VOC) 2 Coats, Roller - Paint | 191.53 | C | $0.89 | SF | $170.47 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) | | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | |
| Completed | | | | | |
| **Kitchen(con't)** | | | | | |
| 110  Mask & Paint Walls 2 Coats, Roller - Paint | 232.47 | | $0.80 | SF | $185.98 |
| 111  Countertop, Cleaning (LF) - Clean | 15.00 | | $0.22 | LF | $3.30 |
| **Kitchen - Subtotal** | | | | | **$3,347.77** |
| **Hallway** | | | | | |
| Length: 5'10"  Width: 24'  Height: 8' Flat | | | | | |
| Walls: 314.67 SF  Walls-subs: 152.86 SF  Walls-subs-cas-bsbd: 138.05 SF | | | | | |
| Doors: 40.00 SF  Windows: 0.00 SF  Openings: 122.00 SF  Missing Walls: 162.67 SF | | | | | |
| Floor: 140.00 SF  Ceiling: 140.00 SF  Perim (F): 16.92 LF  Perim (C): 24.08 LF | | | | | |
| 112  Contents Small - Rem/Reset | 1 | | $37.97 | RM | $37.97 |
| 113  Ceiling Fixture Excellent - Rem/Reset | 1 | | $46.15 | EA | $46.15 |
| 114  Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 147.00 | F | $0.81 | SF | $119.07 |
|     Includes 5% waste on quantity. | | | | | |
| 115  Light Sand & Refinish Ceiling 2 Coats | 140.00 | C | $2.58 | SF | $361.20 |
| 116  Texture, Ceiling Knockdown - Remove | 140.00 | C | $0.69 | SF | $96.60 |
| 117  Texture, Ceiling Knockdown - Replace | 140.00 | C | $0.51 | SF | $71.40 |
| 118  Ceilings (Low VOC) 2 Coats, Roller - Paint | 140.00 | C | $0.89 | SF | $124.60 |
| 119  Prep & Mask For Painting (LF) | 39.33 | C | $0.99 | LF | $38.93 |
| 120  Mask & Paint Walls 2 Coats, Roller - Paint | 138.05 | W | $0.80 | SF | $110.44 |
| 121  Dust Protection | 140.00 | C | $0.59 | SF | $82.60 |
| 122  Outlet/Switch Cover Painted - Rem/Reset | 2 | | $2.91 | EA | $5.82 |
| 123  Security System Touch Pad - Rem/Reset | 1 | | $65.18 | EA | $65.18 |
| 124  Base Molding, MDF 3-1/2" - Paint | 16.92 | W | $1.00 | LF | $16.92 |
| 125  Door Slab, Entry, Panel, Wood Good - Rem/Reset | 1 | Dr | $24.34 | EA | $24.34 |
| 126  Door Slab, Entry, Flush, Wood Good - Paint | 1 | Dr | $47.02 | EA | $47.02 |
| 127  Lockset, Exterior Good - Rem/Reset | 1 | Dr | $45.05 | EA | $45.05 |
| 128  Deadbolt Good - Rem/Reset | 1 | Dr | $38.67 | EA | $38.67 |
| **Hallway - Subtotal** | | | | | **$1,331.96** |
| **Garage** | | | | | |
| Length: 23'11"  Width: 18'8"  Height: 8' Flat | | | | | |
| Walls: 681.32 SF  Walls-subs: 661.32 SF  Walls-subs-cas-bsbd: 633.96 SF | | | | | |
| Doors: 20.00 SF  Windows: 0.00 SF  Openings: 0.00 SF  Missing Walls: 0.00 SF | | | | | |
| Floor: 446.44 SF  Ceiling: 446.44 SF  Perim (F): 81.80 LF  Perim (C): 85.18 LF | | | | | |
| 129  Dust Protection | 446.44 | C | $0.59 | SF | $263.40 |
| 130  Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 131  Door Opening, Jambs & Casing - Paint | 1 | Dr | $57.28 | EA | $57.28 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc)  Completed | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | | |
| 🔲 **Garage(con't)** | | | | | |
| 132  Hinge Set, Interior Door - Rem/Reset | 1 | Dr | $24.70 | EA | $24.70 |
| 133  Door Slab, Entry, Panel, Wood Good - Rem/Reset | 1 | Dr | $24.34 | EA | $24.34 |
| 134  Door Slab, Entry, Flush, Wood Good - Paint | 1 | Dr | $47.02 | EA | $47.02 |
| 135  Lockset, Exterior Good - Rem/Reset | 1 | Dr | $45.05 | EA | $45.05 |
| 136  Deadbolt Good - Rem/Reset | 1 | Dr | $38.67 | EA | $38.67 |
| **Garage - Subtotal** | | | | | **$606.86** |

🔲 **Room 2**

| | | | | |
|---|---|---|---|---|
| **Length:** 13'8" | **Width:** 13'4" | **Height:** 12' Flat | | |
| **Walls:** 648.00 SF | **Walls-subs:** 631.33 SF | **Walls-subs-cas-bsbd:** 611.69 SF | | |
| **Doors:** 16.67 SF | **Windows:** 0.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF | |
| **Floor:** 182.22 SF | **Ceiling:** 182.22 SF | **Perim (F):** 50.92 LF | **Perim (C):** 54.00 LF | |

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 137  Dust Protection | 16.67 | Dr | $0.59 | SF | $9.84 |
| 138  Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 139  Hinge Set, Interior Door - Rem/Reset | 1 | Dr | $24.70 | EA | $24.70 |
| 140  Door Knob, Full Dummy - Rem/Reset | 1 | Dr | $13.63 | EA | $13.63 |
| **Room 2 - Subtotal** | | | | | **$154.57** |

🔲 **bathroom**

| | | | | |
|---|---|---|---|---|
| **Length:** 11' | **Width:** 10' | **Height:** 10' Flat | | |
| **Walls:** 420.00 SF | **Walls-subs:** 403.33 SF | **Walls-subs-cas-bsbd:** 388.89 SF | | |
| **Doors:** 16.67 SF | **Windows:** 0.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF | |
| **Floor:** 110.00 SF | **Ceiling:** 110.00 SF | **Perim (F):** 39.17 LF | **Perim (C):** 42.00 LF | |

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 141  Dust Protection | 16.67 | Dr | $0.59 | SF | $9.84 |
| 142  Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 143  Hinge Set, Interior Door - Rem/Reset | 1 | Dr | $24.70 | EA | $24.70 |
| 144  Lockset, Interior, Passage Good - Rem/Reset | 1 | Dr | $31.01 | EA | $31.01 |
| **bathroom - Subtotal** | | | | | **$171.95** |

🔲 **Living Room/Hall**

| | | | | |
|---|---|---|---|---|
| **Length:** 24'2" | **Width:** 27'7" | **Height:** 8' Flat | | |
| **Walls:** 643.34 SF | **Walls-subs:** 364.20 SF | **Walls-subs-cas-bsbd:** 342.82 SF | | |
| **Doors:** 0.00 SF | **Windows:** 52.00 SF | **Openings:** 227.34 SF | **Missing Walls:** 187.33 SF | |
| **Floor:** 516.54 SF | **Ceiling:** 516.54 SF | **Perim (F):** 52.00 LF | **Perim (C):** 42.75 LF | |

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 145  Contents Large - Rem/Reset | 1 | | $75.28 | RM | $75.28 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

**ESTIMATE:** Structure (Claims Aid Consultants, Inc) — Claim #FG17506452, Dexter Dore and Ingrid Dore
Completed

### Living Room/Hall (con't)

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 146 | Curtain Rod - Rem/Reset | 1 | Wd | $21.22 | EA | $21.22 |
| 147 | Draperies, Per Pleat - Rem/Reset | 4 | | $30.00 | EA | $120.00 |
| 148 | Fixture, Recessed 6", Excellent - Rem/Reset | 10 | | $57.24 | EA | $572.40 |
| 149 | Louvers, Aluminum 12"X12" - Rem/Reset | 1 | | $12.09 | EA | $12.09 |
| 150 | Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 542.37 | F | $0.81 | SF | $439.32 |
| | Includes 5% waste on quantity. | | | | | |
| 151 | Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 152 | Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 153 | Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 4.00 | | $0.33 | SF | $1.32 |
| 154 | Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 4.00 | | $1.13 | SF | $4.52 |
| 155 | Insulator's Work | 1 | | $48.03 | HR | $48.03 |
| 156 | Drywall Patch 1 to 4 SF | 1 | | $87.59 | EA | $87.59 |
| 157 | Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 158 | Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
| | Includes 10% waste on quantity. | | | | | |
| 159 | Light Sand & Refinish Ceiling 2 Coats | 516.54 | C | $2.58 | SF | $1,332.67 |
| 160 | Texture, Ceiling Knockdown - Remove | 516.54 | C | $0.69 | SF | $356.42 |
| 161 | Texture, Ceiling Knockdown - Replace | 516.54 | C | $0.51 | SF | $263.44 |
| 162 | Ceilings (Low VOC) 2 Coats, Roller - Paint | 516.54 | C | $0.89 | SF | $459.72 |
| 163 | Minimum Charge, Windows/Doors | 1 | | $250.18 | LS | $250.18 |
| 164 | Prep & Mask For Painting (LF) | 80.41 | C | $0.99 | LF | $79.61 |
| 165 | Mask & Paint Walls 2 Coats, Roller - Paint | 342.82 | W | $0.80 | SF | $274.26 |
| 166 | Dust Protection | 59.20 | | $0.59 | SF | $34.93 |
| 167 | Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 168 | Window, Picture, Aluminum 25-30 SF - Remove | 2 | | $14.57 | EA | $29.14 |
| 169 | Window, Picture, Aluminum 25-30 SF - Replace | 2 | | $461.81 | EA | $923.62 |
| 170 | Install/Dismantle Scaffolding | 1 | | $144.90 | EA | $144.90 |
| 171 | Outlet/Switch Cover Painted - Rem/Reset | 4 | | $2.91 | EA | $11.64 |
| 172 | Base Molding, MDF 3-1/2" - Paint | 52.00 | W | $1.00 | LF | $52.00 |
| | **Living Room/Hall  - Subtotal** | | | | | **$5,849.72** |

### Office

**Length:** 9'11"  **Width:** 14'6"  **Height:** 8' Flat
**Walls:** 274.66 SF  **Walls-subs:** 274.66 SF  **Walls-subs-cas-bsbd:** 264.65 SF
**Doors:** 0.00 SF  **Windows:** 0.00 SF  **Openings:** 0.00 SF  **Missing Walls:** 116.00 SF
**Floor:** 143.79 SF  **Ceiling:** 143.79 SF  **Perim (F):** 34.34 LF  **Perim (C):** 34.34 LF

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 173 | Contents Medium - Rem/Reset | 1 | | $56.49 | RM | $56.49 |
| 174 | Louvers, Aluminum 12"X12" - Rem/Reset | 1 | | $12.09 | EA | $12.09 |
| 175 | Fixture, Recessed 6", Excellent - Rem/Reset | 14 | | $57.24 | EA | $801.36 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | | |
| Completed | | | | | |
| **Office(con't)** | | | | | |
| 176  Floor Protection (SF) Cloth, Skid Resistant, Leak Proof, Cleanable | 150.98 | F | $0.81 | SF | $122.29 |
| Includes 5% waste on quantity. | | | | | |
| 177  Minimum Charge, Demolition | 1 | | $139.56 | LS | $139.56 |
| 178  Drywall Patch 1 to 4 SF | 1 | | $87.59 | EA | $87.59 |
| 179  Mold & Mildew Treatment | 8.00 | | $0.50 | SF | $4.00 |
| 180  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Remove | 4.00 | | $0.33 | SF | $1.32 |
| 181  Insulation, Ceiling, Batt, Faced 3-1/2", R-15 - Replace | 4.00 | | $1.13 | SF | $4.52 |
| 182  Insulator's Work | 2 | | $48.03 | HR | $96.06 |
| 183  Drywall, Ceiling 5/8" - Remove | 4.00 | | $0.30 | SF | $1.20 |
| 184  Drywall, Ceiling 5/8" - Replace | 4.40 | | $0.97 | SF | $4.26 |
| Includes 10% waste on quantity. | | | | | |
| 185  Light Sand & Refinish Ceiling 2 Coats | 143.79 | C | $2.58 | SF | $370.98 |
| 186  Texture, Ceiling Knockdown - Remove | 143.79 | C | $0.69 | SF | $99.22 |
| 187  Texture, Ceiling Knockdown - Replace | 143.79 | C | $0.51 | SF | $73.34 |
| 188  Ceilings (Low VOC) 2 Coats, Roller - Paint | 143.79 | C | $0.89 | SF | $127.97 |
| 189  Prep & Mask For Painting (LF) | 34.34 | C | $0.99 | LF | $34.00 |
| 190  Mask & Paint Walls 2 Coats, Roller - Paint | 264.65 | W | $0.80 | SF | $211.72 |
| 191  Install/Dismantle Scaffolding | 1 | | $144.90 | EA | $144.90 |
| 192  Outlet/Switch Cover Painted - Rem/Reset | 4 | | $2.91 | EA | $11.64 |
| 193  Thermostat Good - Rem/Reset | 1 | | $37.57 | EA | $37.57 |
| 194  Base Molding, MDF 3-1/2" - Paint | 34.34 | W | $1.00 | LF | $34.34 |
| **Office - Subtotal** | | | | | **$2,476.42** |

**Closet**

| **Length:** 9'11" | **Width:** 1'4" | **Height:** 8' Flat | |
|---|---|---|---|
| **Walls:** 180.00 SF | **Walls-subs:** 144.45 SF | **Walls-subs-cas-bsbd:** 131.50 SF | |
| **Doors:** 35.56 SF | **Windows:** 0.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF |
| **Floor:** 13.22 SF | **Ceiling:** 13.22 SF | **Perim (F):** 16.21 LF | **Perim (C):** 22.50 LF |

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| 195  Dust Protection | 35.56 | Dr | $0.59 | SF | $20.98 |
| 196  Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 197  Door Only, Interior Louver - Rem/Reset | 4 | Dr | $9.20 | EA | $36.80 |
| **Closet - Subtotal** | | | | | **$164.18** |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) — Completed | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | | |

### Room

**Length:** 10'9"  **Width:** 10'  **Height:** 10' Flat
**Walls:** 415.00 SF  **Walls-subs:** 398.33 SF  **Walls-subs-cas-bsbd:** 382.33 SF
**Doors:** 16.67 SF  **Windows:** 0.00 SF  **Openings:** 0.00 SF  **Missing Walls:** 0.00 SF
**Floor:** 107.50 SF  **Ceiling:** 107.50 SF  **Perim (F):** 38.42 LF  **Perim (C):** 41.50 LF

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 198 | Dust Protection | 16.67 | Dr | $0.59 | SF | $9.84 |
| 199 | Tension Post, Dust Control Barrier, Per 24 hr Period | 14 | | $7.60 | EA | $106.40 |
| 200 | Hinge Set, Interior Door - Rem/Reset | 1 | Dr | $24.70 | EA | $24.70 |
| 201 | Door Knob, Full Dummy - Rem/Reset | 1 | Dr | $13.63 | EA | $13.63 |
| | **Room - Subtotal** | | | | | **$154.57** |
| | **Floorplan - Subtotal** | | | | | **$25,608.30** |

### ROOFPLAN: Roofplan

#### Roof

**Roof area:** 4,575.66 SF  **Squares:** 45.8 SQ  **Soffit:** 534.99 SF
**Gutters:** 240.32 LF  **Ridge:** 72.32 LF
**Valley:** 88.30 LF  **Hip rafter:** 157.60 LF

| # | Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|---|
| 202 | Roof Tile, Concrete, Excellent - Remove | 44.21 | Pan | $144.42 | SQ | $6,384.81 |
| 203 | Roof Tile, Concrete, Excellent - Replace | 48.63 | Pan | $375.02 | SQ | $18,237.23 |
| | Includes 10% waste on quantity. | | | | | |
| 204 | Tile Wind Clips | 50.36 | Pan | $43.70 | SQ | $2,200.73 |
| | Includes 10% waste on material quantity. | | | | | |
| | Includes 10% waste on quantity. | | | | | |
| 205 | Ridge Tiles, Concrete - Remove | 227.55 | Rid+Hraf | $1.54 | LF | $350.43 |
| 206 | Ridge Tiles, Concrete - Replace | 250.31 | Rid+Hraf | $6.10 | LF | $1,526.90 |
| | Includes 10% waste on quantity. | | | | | |
| 207 | Rake Tile, Concrete - Remove | 55.50 | | $1.54 | LF | $85.47 |
| 208 | Rake Tile, Concrete - Replace | 61.05 | Fas | $6.35 | LF | $387.67 |
| | Includes 10% waste on material quantity. | | | | | |
| | Includes 10% waste on quantity. | | | | | |
| 209 | Adjustment, Rake/Ridge, Tile Roof, Foam Installation | 313.96 | Rid+Hraf+Fas | $1.29 | LF | $405.01 |
| | Includes 10% waste on quantity. | | | | | |
| 210 | Adjustment, Tile Roof, Foam Installation | 50.36 | Pan | $134.37 | SQ | $6,766.87 |
| | Includes 10% waste on quantity. | | | | | |
| 211 | Felt, 30LB, Double Coverage - Replace | 45.78 | Pan | $55.67 | SQ | $2,548.57 |
| 212 | Felt, Eave, Rake, & Valley Protection (LF) - Replace | 295.24 | Rid+Val+Hraf | $0.79 | LF | $233.24 |
| 213 | Sheathing, Roof, Re-nail | 4,575.66 | Pan | $0.12 | SF | $549.08 |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| **ESTIMATE:** Structure (Claims Aid Consultants, Inc) <br> Completed | | | Claim #FG17506452, Dexter Dore and Ingrid Dore | | |
|     Code Mandated | | | | | |
| 214  Ice/Water Shield (SF) - Replace | 5,033.23 | Pan | $1.05 | SF | $5,284.89 |
|     Includes 10% waste on material quantity. | | | | | |
|     Includes 10% waste on quantity. | | | | | |
| 215  Steep Roof Charge, Roof Covering 7/12-9/12 - Remove | 45.78 | Pan | $10.44 | SQ | $477.94 |
| 216  Steep Roof Charge, Roof Covering 7/12-9/12 - Replace | 45.78 | Pan | $19.28 | SQ | $882.64 |
| 217  Roof Vent, Static, Box/Turtle, Aluminum - Remove | 2 | | $9.16 | EA | $18.32 |
| 218  Roof Vent, Static, Box/Turtle, Aluminum - Replace | 2 | | $44.62 | EA | $89.24 |
| 219  Flashing, Plumbing Vent Galvanized - Remove | 6 | | $9.76 | EA | $58.56 |
| 220  Flashing, Plumbing Vent Galvanized - Replace | 6 | | $25.31 | EA | $151.86 |
| 221  Downspout, Round Aluminum, 5" - Remove | 10.00 | | $1.36 | LF | $13.60 |
| 222  Downspout, Round Aluminum, 5" - Replace | 11.00 | | $7.95 | LF | $87.45 |
|     Includes 10% waste on material quantity. | | | | | |
|     Includes 10% waste on quantity. | | | | | |
| 223  Gutter Cover, Good - Remove | 14.59 | Gut | $2.13 | LF | $31.08 |
| 224  Gutter Cover, Good - Replace | 16.05 | Gut | $4.14 | LF | $66.44 |
|     Includes 10% waste on material quantity. | | | | | |
|     Includes 10% waste on quantity. | | | | | |
| 225  Drip Edge (Gutter Apron) Aluminum, Mill Finish, 5" - Remove | 295.82 | Gut+Fas | $0.44 | LF | $130.16 |
| 226  Drip Edge (Gutter Apron) Aluminum, Mill Finish, 5" - Replace | 325.40 | Gut+Fas | $1.69 | LF | $549.93 |
|     Includes 10% waste on material quantity. | | | | | |
|     Includes 10% waste on quantity. | | | | | |
| 227  Drip Edge - Paint | 325.40 | Gut+Fas | $1.11 | LF | $361.19 |
|     Includes 10% waste on quantity. | | | | | |
| 228  Satellite Dish, Mini - Rem/Reset | 2 | | $46.45 | EA | $92.90 |
| **Roof - Subtotal** | | | | | **$47,972.21** |
| **Roofplan - Subtotal** | | | | | **$47,972.21** |



**Claims Aid Consultants, Inc**
5944 Coral Ridge Dr. # 104
Coral Springs, Florida 33076-4902

**ESTIMATE:** Structure (Claims Aid Consultants, Inc)     Claim #FG17506452, Dexter Dore and Ingrid Dore
Completed

| | |
|---|---:|
| Total Materials: | $23,880.38 |
| Total Labor: | $48,058.83 |
| Total Equipment: | $1,641.30 |
| **Subtotal:** | **$73,580.51** |
| | |
| **Adjustments for minimum charges (O&P and taxes are applied):** | |
| Minimum Charge, HVAC: | $111.78 |
| Minimum Charge, Gutters & Downspouts: | $54.78 |
| **Subtotal:** | **$73,747.07** |
| | |
| Tax 6.000% (applies to materials, labor, equipment and market conditions): | $4,424.82 |
| **Subtotal:** | **$78,171.89** |
| | |
| Add 10.00% overhead: | $7,374.71 |
| Add 10.00% profit: | $7,374.71 |
| **Estimate Subtotal:** | **$92,921.31** |
| | |
| Deductible ($14,250.00): | $(14,250.00) |
| **Estimate Total:** | **$78,671.31** |

Finalization

# Sworn Statement In Proof Of Loss

**WARNING**
**FRAUD PREVENTION**

Any person who, knowingly and with intent to defraud any insurance company or other person, files or conceals, for the purpose of misleading, an application for insurance or a statement of claim containing any materially false information, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and subjects such a person to criminal and civil penalties.

POLICY NUMBER: GC40017371
AMOUNT OF POLICY AT TIME OF LOSS: $475,000.00
DATE ISSUED: 07282017
DATE EXPIRES: 07282018

FILE NUMBER: Dore D-05312018
COMPANY CLAIM NUMBER: FG17506452
AGENT:
AGENCY AT:

To the Geo Vera Advantage Specailty Insurance Company
of Fairfiled, CA 94534

At time of loss, by the above indicated policy of insurance, you insured the interest of --
Dexter & Ingrid Dore
35 SW 11th Lane, Coral Springs, FL 33071

against loss by WindStrom to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN**
A WindStorm loss occurred about the hour of _____ o'clock, on the 11th day of September, the cause and origin of the said loss were: Windstrom/ Hurricane Irma

**OCCUPANCY**
The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever:
Residence (Primary)

**TITLE AND INTEREST**
At the time of loss, the interest of your insured in the property described therein was Owners
No other persons had any interest therein or incumbrance thereon, except:

**CHANGES**
Since the said policy was issued, there has been no assignment thereof, of change of interest, use, occupancy, possesion, location or exposure or the property described, except:

**TOTAL INSURANCE**
THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of the loss, $ $475,000.00 as more particularly specified in the apportionment attached, besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

**VALUE** THE ACTUAL CASH VALUE of said property at the time of the loss was: $0.00

**LOSS** THE WHOLE LOSS AND DAMAGE was: $92,921.31

**AMOUNT CLAIMED** THE AMOUNT CLAIMED under the above numbered policy is: $78,671.31

**STATEMENTS OF INSURED**
The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed shedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.
The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

State of Florida
County of Broward
Subscribed and sworn before me this 10th day of July 2018

X Dexter Dore
X Ingrid Dore
Insured

Elaine J Anastasia
Notary Public



Elaine J. Anastasia
Commission # GG17256
Expires: August 1, 2020
Bonded thru Aaron Notary